## MAY 18, 2004

No. 03–10401 (03A939).  PATTERSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Application for stay of ex-

ecution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.